**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01464-CV

**JMA PARTNERS, INC. D/B/A GUARDIAN PHARMACY SERVICES AND JACK R. MUNN, Appellants**

**V.**

**JESUS GUZMAN, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06313**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE